**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Sierra Club

v.

United States Department of Energy

**Case No:** 26-1024

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

United States Department of Energy

Christopher A. Wright, Secretary, U.S. DOE

### Counsel Information

**Lead Counsel:** Rebecca Jaffe

**Direct Phone:** (202) 598-0402  **Fax:** (202) 353-1873  **Email:** rebecca.jaffe@usdoj.gov

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** U.S. Department of Justice, Environment & Natural Resources Section, Appellate

**Firm Address:** P.O. Box 7415, Ben Franklin Station, Washington D.C. 20044-7415

**Firm Phone:** (202) 598-0402  **Fax:** (202) 353-1873  **Email:** rebecca.jaffe@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)